IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FILED - USDC - NDTX - LU APR 8 2026 PM1:50

UNITED STATES OF AMERICA

v.

JADEN JONATHAN BLAKE
a/k/a Jaden Johnathan Blake

NO. 1:26-cr-024-H

# INDICTMENT

The Grand Jury Charges:

Counts One - Five
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2(a))

From on or about a date unknown to the grand jury to on or about March 2, 2026, in the Abilene Division of the Northern District of Texas, and elsewhere, **Jaden Jonathan Blake**, also known as Jaden Johnathan Blake, defendant, did, employ, use, persuade, induce, coerce, and entice, and attempt to do so, "Jane Doe 1" and "Jane Doe 2," persons under the age of eighteen years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as described below, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer:

| Count | Visual Depiction |
|---|---|
| 1 | A video created on or about January 24, 2026, approximately 16 seconds in duration, of Jane Doe 1 with her vagina and anus exposed. (Video 1) |
| 2 | A video created on or about January 22, 2026, approximately 12 seconds in duration, of Jane Doe 1 with her vagina and anus exposed. (Video 8) |
| 3 | A video created on or about November 7, 2025, approximately 24 seconds in duration, of Jane Doe 1 with her vagina and anus exposed. (Video 14) |
| 4 | A video created on or about October 26, 2025, approximately 4 seconds in duration, of Jane Doe 1 with her vagina and anus exposed. (Video 11) |
| 5 | A video created on or about January 2, 2026, approximately 10 seconds in duration, of Jane Doe 2 with her vagina and anus exposed and showing bestiality. (Video 33) |

Each count in violation of Title 18, United States Code, Sections 2251(a) and 2.

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C. § 2253, defendant, **Jaden Jonathan Blake**, also known as Jaden Johnathan Blake, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes, but is not limited to, an iPhone 14, serial number D6F03XDYXC.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

MATTHEW L. TUSING
Assistant United States Attorney
Indiana State Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
E-mail: matt.tusing@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

JADEN JONATHAN BLAKE
a/k/a Jaden Johnathan Blake

INDICTMENT

COUNTS 1-5: PRODUCTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2251(a) and 2(a).

FORFEITURE NOTICE

(5 COUNTS + FORFEITURE)

A true bill rendered:
Lubbock _______________ [signature] Foreperson

Filed in open court this 8TH day of April, A.D. 2026.

_______________ Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint 1:26-MJ-023-BU filed on 03/25/26

[signature: Amy Bursch]
UNITED STATES MAGISTRATE JUDGE